IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:22-MJ-154-JTA |
| | ) | |
| JON'DERIUS LASHON SCOTT | ) | |

**MOTION FOR DETENTION**

The United States of America, pursuant to 18 U.S.C. § 3142(e) and (f), moves for detention for the above-captioned defendant.

1. **Eligibility of Cases**

   This case is eligible for a detention order because this case involves:

   __X__ crime of violence (18 U.S.C. § 3156)

   __X__ Maximum sentence of life imprisonment or death

   __X__ Felony involving possession or use of a firearm or other destructive device (as defined by 18 U.S.C. § 921) or any other dangerous weapon

   __X__ Serious risk the defendant will flee

   __X__ Serious risk of obstruction of justice

2. **Reason for Detention**

   The Court should detain defendant because there are no conditions of release which will reasonably assure:

   __X__ Defendant's appearance as required

   __X__ Safety of any other person and the community

3. **Rebuttable Presumption**

The United States will invoke the rebuttable presumption against defendant under Section 3142(e).

    X         Probable cause to believe defendant committed an offense in which a firearm was used or carried under Section 924(c).

4. **Time for Detention Hearing**

The United States requests the Court conduct the detention hearing:

                At the initial appearance

    X         After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Dated this 8th day of December, 2022.

Respectfully Submitted,

SANDRA J. STEWART
UNITED STATES ATTORNEY

*/s/ Brandon W. Bates*
BRANDON W. BATES
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: brandon.bates@usdoj.gov